STATE OF NORTH CAROLINA v. EUGENE BAILEY, JR.

No. 7526SC541

(Filed 5 November 1975)

APPEAL by defendant from *Falls, Judge.* Judgment entered 8 April 1975 in Superior Court, MECKLENBURG County. Heard in the Court of Appeals 14 October 1975.

*Attorney General Edmisten, by Assistant Attorney General Conrad O. Pearson, for the State.*

*William J. Eaker for defendant appellant.*

BRITT, VAUGHN and ARNOLD, Judges.

No error.

STATE OF NORTH CAROLINA v. ROBERT ALEXANDER BELCHER

No. 7514SC564

(Filed 5 November 1975)

APPEAL by defendant from *Winner, Judge.* Judgment entered 7 February 1975 in Superior Court, DURHAM County. Heard in the Court of Appeals 20 October 1975.

*Attorney General Rufus L. Edmisten by Attorney Noel Lee Allen for the State.*

*John C. Wainio for defendant appellant.*

BROCK, Chief Judge, HEDRICK and CLARK, Judges.

No error.